**Richard Alan DAVIS, Appellant,**

v.

**Greg HARMON, Warden, East Arkansas Regional Unit, ADC; Larry Norris, Director, Arkansas Department of Corrections; Wendy Kelley, Deputy Director, Arkansas Department of Corrections; Paulette Green, Classification Officer, East Arkansas Regional Unit, ADC; Essie Clay, Disciplinary Hearing Officer, East Arkansas Regional Unit, ADC; James Gibson, Disciplinary Hearing Administrator, Ar-**

kansas Department of Corrections; **Moorehead, Mr., Medical Administrator, East Arkansas Regional Unit, ADC; Moses Jackson, III, Maximum Security Shift Commander, East Arkansas Regional Unit, ADC; Larry May, Deputy Director, Arkansas Department of Corrections, Appellees.**

No. 07–3922.

United States Court of Appeals, Eighth Circuit.

Submitted: March 30, 2009.

Filed: April 6, 2009.

Richard Alan Davis, Arkansas Department of Correction, Grady, AR, pro se.

Warden–AR–East Arkansas, Arkansas Department of Correction, Brickeys, AR, for Appellant.

Shawn J. Johnson, Renae Ford Hudson, Attorney General's Office, Little Rock, AR, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Richard Alan Davis appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. Because Davis requested a jury trial and he alone testified at the hearing, the district court properly applied the standards announced in *Johnson v. Bi–State Justice Ctr.,* 12 F.3d 133 (8th Cir.1993); and upon de novo review, *see*

---

1. The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

*Johnson v. Cowell Steel Structures, Inc.,* 991 F.2d 474, 478 (8th Cir.1993), we find no error in the court's conclusion that the case was not submissible to a jury. Accordingly, we affirm. *See* 8th Cir. R. 47B.